JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS STEVEN BUE, | Case No. LA CV 17-0199- ODW (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| ROBERT W. FOX, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: February 2, 2017

HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE